# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| ERIKA D. HARRIS, § | |
| § | |
| *Plaintiff*, § | CIVIL ACTION NO. 1:19-CV-00614 |
| § | |
| v. § | JUDGE MICHAEL TRUNCALE |
| § | |
| LSB BROADCASTING, INC., TEGNA, § | |
| INC., § | |
| § | |
| *Defendants*. § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Pre-Answer Notice of Non-Suit, seeking a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). [Dkt. 4]. To the extent the dismissal is not already in effect, the above-styled action is hereby dismissed with prejudice.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own attorneys' fees and costs. IT IS FURTHER ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 28th day of January, 2020.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge